THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Sharon Jackson, Appellant.
 
 
 

Appeal From Richland County
James R. Barber, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-419
Submitted October 1, 2007  Filed October 8, 2007

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz, III, South Carolina Commission on Indigent Defense,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General; and Solicitor Warren B. Giese, all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Sharon Jackson appeals her guilty plea for possession
 of crack cocaine.  She asserts her guilty plea was rendered conditional and
 therefore invalid by the trial judge informing her of the right to an appeal. After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Jacksons appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.